2020 FEB 25 PM 2:40

FILED

CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY: ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>              Plaintiff, <br><br>              v. <br><br> KENNETH PETTY, <br><br>              Defendant. | No. 20 CR 00108 -MWF <br><br> I N D I C T M E N T <br><br> [18 U.S.C. § 2250(a): Failure to Register as a Sex Offender] |

The Grand Jury charges:

[18 U.S.C. § 2250(a)]

Beginning on or about July 14, 2019, and continuing through on or about November 15, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant KENNETH PETTY, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act ("SORNA"), as a result of being convicted of Attempted Rape in the First Degree, in violation of New York Penal Code Section 110-130.35, a felony, on or about April 5, 1995, in the Supreme Court for the State of New York, Queens County, case number 4521-94, and having, after said conviction, traveled in

interstate commerce, knowingly failed to register as a sex offender as required by SORNA.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief,
General Crimes Section

LUCY B. JENNINGS
Assistant United States Attorney
International Narcotics, Money Laundering,
& Racketeering Section