NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SARAH E. GERDES (Cal. Bar No. 306015)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4699
     Facsimile: (213) 894-0141
     E-mail:    sarah.gerdes@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00108-MWF |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| v. | |
| KENNETH PETTY, | |
| Defendant. | |

Plaintiff, United States of America, by and through plaintiff's counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sarah E. Gerdes, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

//

//

//

//

| | Name | E-mail Address |
|---|---|---|
| Previously-Assigned AUSA | Lucy B. Jennings | lucy.jennings@usdoj.gov |
| Newly-Assigned AUSA | Sarah E. Gerdes | sarah.gerdes@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-assigned AUSA, Sarah E. Gerdes, is associated with this case as attorney of record for plaintiff and that she receives all e-mails relating to filings in this case.

Dated: February 28, 2020                    Respectfully submitted,

                                            NICOLA T. HANNA
                                            United States Attorney

                                            BRANDON D. FOX
                                            Assistant United States Attorney
                                            Chief, Criminal Division


                                                  /s/
                                            SARAH E. GERDES
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA