UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF | CASE NUMBER: 20 CR 00108 |
|---|---|
| V. Kenneth N. PETTY  USMS# _____  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: March 4, 2020  11:00  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 2250(a): Failure to Register as Sex Offender

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1978

8. Defendant has retained counsel:  ☐ No
   ☒ Yes   Name: Andrew Stein + Joseph Markus   Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): _____

11. Name: Roy Wright   (please print)
12. Office Phone Number: (347) 865-3918   13. Agency: USMS
14. Signature: /s/   15. Date: 3-4-20

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION