*United States Probation & Pretrial Services*

United States District Court
Central District of California

Kiry K. Gray
District Court Executive / Clerk of Court

Michelle A. Carey
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Date: 3/4/2020
Re: Release Order Authorization
Docket Number: 2:20CR00108-001
Defendant: Petty, Kenneth

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Amy Kenbeck

U.S. Probation and Pretrial Services Officer
Telephone Ext: 8855

Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012-3332 / 213-894-4726 phone, 213-894-0231 fax