LAW OFFICES OF STEIN AND MARKUS, PLC
Andrew M. Stein, SBN 82963
Joseph A. Markus, SBN 113802
Attorneys at Law
9944 Flower Street
Bellflower, California 90706
Telephone: (562) 866-9762
Facsimile: (562) 867-3603
Email: steinandmarkus@gmail.com

Attorney for Defendant
Kenneth Nicholas Petty

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH NICHOLAS PETTY,<br><br>Defendant. | Case No.: 20CR00108-MWF<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Defendant Kenneth Nicholas Petty, and Plaintiff United States Attorney's Office, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The parties to this stipulation, request that the court delete the condition of release that states, "Do Not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency."

Dated: March 11, 2020

Law Office of Stein and Markus

Andrew M. Stein,
Attorney for Defendant

Dated: March 12, 2020

United States Attorney's Office

/s/ Sarah Gerdes by AMS

Sarah Gerdes,
Assistant United States Attorney
Attorney for Plaintiff

-2-