**LAW OFFICES OF STEIN AND MARKUS, PLC**
Andrew M. Stein, SBN 82963
Joseph A. Markus, SBN 113802
Attorneys at Law
9944 Flower Street
Bellflower, California 90706
Telephone: (562) 866-9762
Facsimile: (562) 867-3603
Email: steinandmarkus@gmail.com

Attorney for Defendant
Kenneth Nicholas Petty

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20CR00108-MWF |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| KENNETH NICHOLAS PETTY, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

The conditions of pretrial release on page 3 of Exhibit "A", attached hereto that states "*Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency*"  shall be removed.

Dated: March 13, 2020

_____
**Honorable Rozella A. Oliver,**
**U.S. Magistrate Judge**

-1-