NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SARAH E. GERDES (Cal. Bar No. 306015)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4699
     Facsimile: (213) 894-0141
     E-mail:    sarah.gerdes@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00108-MWF |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| KENNETH PETTY, | TRIAL DATE: 6/16/2020 |
| Defendant. | PRE-TRIAL CONFERENCE: 6/1/2020 |

The Court has considered the United States of America's Unopposed Ex Parte Application for Speedy Trial Act Findings and Excludable Delay (the "Application"), as well as the Central District of California's General Orders Nos. 20-02, 20-03, and 20-05 In Re: Coronavirus Public Emergency, and Orders of the Chief Judge Nos. 20-042, 20-043, and 20-044.  The Court hereby finds that the Ex Parte Application, the General Orders, and Orders of the Chief Judge, which this Court incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter,

and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.  The Court hereby finds as follows:

1.   The Indictment in this case was filed on February 25, 2020. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on March 4, 2020.  The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before May 13, 2020.

2.   On March 4, 2020, the Court set a trial date of April 28, 2020.

3.   Defendant is released on bond pending trial.

4.   Defendant is charged with a violation of 18 U.S.C. § 2250(a): Failure to Register as a Sex Offender.

5.   On March 13, 2020, following the President's declaration of a national emergency in response to COVID-19, the Court entered a General Order suspending jury selection and jury trials scheduled to begin before April 13, 2020.  C.D. Cal. General Order No. 20-02, In Re: Coronavirus Public Emergency, Order Concerning Jury Trials and Other Proceedings (Mar. 13, 2020).  The Court subsequently continued that suspension through June 1, 2020.  C.D. Cal. General Order No. 20-05, In Re: Coronavirus Public Emergency, Further Order Concerning Jury Trials and Other Proceedings (Apr. 13, 2020).

6.   Also on March 13, 2020, the Court imposed health- and travel-related limitations on access to Court facilities.  C.D. Cal. General Order No. 20-03, In Re: Coronavirus Public Emergency, Order Concerning Access to Court Facilities (March 13, 2020).  On March 19, 2020, by Order of the Chief Judge, the Court instituted its Continuity of Operations Plan ("COOP"), closing all Central District

of California courthouses to the public (except for hearings on criminal duty matters) and taking other emergency actions. C.D. Cal. Order of the Chief Judge No. 20-042 (March 19, 2020). On March 29 and 31, recognizing COVID-19's continued spread in the community, the Court took further action: implementing video-teleconference and telephonic hearings and suspending all grand-jury proceedings. C.D. Cal. Orders of the Chief Judge Nos. 20-043 (March 29, 2020) and 20-044 (March 31, 2020).

7.  These orders were imposed based on (1) the California Governor's declaration of a public-health emergency in response to the spread of COVID-19, as well as (2) the Centers for Disease Control's advice regarding reducing the possibility of exposure to the virus and slowing the spread of the disease. See General Order 20-02, at 1. The Chief Judge has recognized that, during the COVID-19 crisis, all gatherings should be limited to no more than 10 people and elderly and other vulnerable people should avoid person-to-person contact altogether. See Order of the Chief Judge No. 20-042, at 1-2

8.  On March 19, 2020, both Los Angeles Mayor Eric Garcetti and California Governor Gavin Newsom issued emergency orders requiring residents to "stay home," subject to limited exceptions. California Executive Order N-33-20 (March 19, 2020); accord Safer at Home, Public Order Under City of Los Angeles Emergency Authority ¶ 1 (March 19, 2020). Subject to similarly limited exceptions, all travel is prohibited. Safer At Home ¶ 4. Non-essential businesses requiring in-person attendance by workers have been ordered to cease operations. Id. ¶ 2. The California Governor has ordered all California schools closed through the end of the academic year.

9. On March 29, 2020, the Court entered another General Order, in which it found that "emergency conditions due to the COVID-19 virus outbreak will materially affect the functioning of the courts within the Central District of California." C.D. Cal. General Order No. 20-043, In Re: Coronavirus Public Emergency, Use of Video and Telephonic Conference Technology in Certain Criminal Proceedings (March 29, 2020).

10. Given the grave public-health concerns discussed in General Orders Nos. 20-02, 20-03, and 20-05 In Re: Coronavirus Public Emergency, and Orders of the Chief Judge Nos. 20-042, 20-043, and 20-044, and given the facts set forth in the government's Application, the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

11. Due to the restrictions imposed by current public-health concerns it is also unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself within the Speedy Trial Act time limits. Thus, denial of a continuance is likely to deny all counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

12. The continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

13. Failure to grant the continuance would likely make a continuation of the proceeding impossible or result in a miscarriage of justice.

14. Failure to continue this case would also likely put parties, witnesses, jurors, counsel, and court personnel at unnecessary risk.

15. For the reasons set forth in the government's Application, witness Senior Inspector Roy Wright is unavailable. Although the witness's location is known, his presence for trial cannot be obtained by due diligence because travel would put the witness and others who come into contact with him at risk.

Accordingly, the Court finds that there are facts that support a continuance of the trial date in this matter, and good cause of a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from April 28, 2020 to June 16, 2020 at 8:30 a.m. The pre-trial conference is set for June 1, 2020 at 3:00 p.m.

2. The time period of April 28, 2020 to June 16, 2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(3)(A), (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3. Defendant shall appear in Courtroom 5A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 1, 2020 at 3:00 p.m. for the pre-trial conference, and on June 16, 2020 at 8:30 a.m. for trial.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of

5

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

April 27, 2020
DATE

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SARAH E. GERDES
Assistant United States Attorney