NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SARAH E. GERDES (Cal. Bar No. 306015)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4699
     Facsimile: (213) 894-0141
     E-mail:    sarah.gerdes@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00108-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| KENNETH PETTY, | |
| Defendant. | **[PROPOSED] TRIAL DATE:** 9/16/2020<br>**[PROPOSED] STATUS CONFERENCE:** 8/31/2020 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on May 28, 2020. The Court has also read and considered the Central District of California's General Orders Nos. 20-02, 20-03, 20-05, and 20-08 In Re: Coronavirus Public Emergency, and Orders of the Chief Judge Nos. 20-042, 20-043, and 20-044. The Court hereby finds that the Stipulation, the General Orders, and Orders of the Chief Judge, which this Court incorporates by reference

into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from June 16, 2020 to September 15, 2020. The status conference is continued from June 1, 2020 to August 31, 2020 at 1:30 p.m.

2. The time period of June 16, 2020 to September 15, 2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 5A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California, on August 31, 2020 at 1:30 p.m. for a status conference, and on September 15, 2020 at 8:30 a.m. for trial.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

| DATE | HONORABLE MICHAEL W. FITZGERALD<br>UNITED STATES DISTRICT JUDGE |
|---|---|

Presented by:

    /s/
SARAH E. GERDES
Assistant United States Attorney