1  MEGHAN A. BLANCO (Cal. Bar No. 238171)
   Law Offices of Meghan Blanco
2       28202 Cabot Road
        Suite 300
3       Laguna Niguel, CA 92677
        Telephone:    (949) 296-9869
4       Facsimile:    (949) 606-8988
        Email:        mblanco@meghanblanco.com
5
   Attorney for Defendant
6  KENNETH PETTY

7                    UNITED STATES DISTRICT COURT

8                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,          No. CR 20-CR-108-MFW

10          Plaintiff,                 UNOPPOSED EX PARTE APPLICATION TO
                                       MODIFY TERMS OF PRETRIAL RELEASE
11          v.
                                       Location:   Courtroom of the
12 KENNETH PETTY,                                  Hon. Michael W.
                                                   Fitzgerald
13          Defendant.

14

15      Defendant Kenneth Petty, by and through his counsels of record,

16 hereby move *ex parte* to modify the location monitoring condition

17 contained at Page 2 of Mr. Petty's Release Order (CR 15), as follows:

18          Mr. Petty shall be subject to "location monitoring only –

19          no residential restrictions"

20      This request is based on the reasons contained in the attached

21 Declaration of Meghan Blanco.  Pretrial services and the United

22 States have no objections to the requested modification.  Pretrial

23 Services specifically approved the requested language.

```
Dated: July 28, 2020            Respectfully submitted,


                                       /s/
                                ANDREW STEIN
                                JOSEPH MARKUS
                                MEGHAN BLANCO
                                Attorneys for Defendant
                                KENNETH PETTY
```

2

## DECLARATION OF MEGHAN BLANCO

I, Meghan Blanco, declare as follows:

1. I am an attorney who has been licensed to practice law in the State of California for over 15 years. I have been retained by Kenneth Petty to represent him in the above-captioned matter.

2. Mr. Petty is currently employed as a manager for his spouse, Nicki Manaj. His employment requires periodic domestic travel as well as periodic work outside of his curfew hours.

3. Mr. Petty is also expecting a child. He has been advised that his current release conditions will not permit him to attend his child's birth, should it occur outside of curfew hours.

4. Mr. Petty submits the proposed modification so he can work and attend his child's birth.

5. I have spoken to AUSA Sarah Gerdes. She does not object to the instant request.

6. I have also spoken to Pretrial Services Officer Gregory Kwon. He informed me that Pretrial Services does not object to the instant request.

I declare under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct to the best of my information and belief.

Executed on this 28 day of July, 2020 in Dana Point, California.

By: /s/ Meghan Blanco

MEGHAN BLANCO
Attorney for
KENNETH PETTY

3