UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-CR-108-MFW |
|---|---|
| Plaintiff, | [proposed] ORDER S |
| v. | |
| KENNETH PETTY, | |
| Defendant. | |

      Good having been shown, Defendant Kenneth Petty's Unopposed *Ex Parte* Application to Modify the Conditions of Pretrial Release is GRANTED.  It is ORDERED that the location monitoring condition contained at Page 2 of Mr. Petty's Release Order (CR 15), is modified as follows:

    Mr. Petty shall be subject to "location monitoring only – no residential restrictions"

**SO ORDERED**, this ____ day of _____, 2020.

_____
THE HONORABLE MICHAEL W. FITZGERALD