NOTE CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-CR-108-MFW |
| Plaintiff, | [~~proposed~~] ORDER |
| v. | |
| KENNETH PETTY, | |
| Defendant. | |

     Good cause having been shown, Defendant Kenneth Petty's Unopposed *Ex Parte* Application to Modify the Conditions of Pretrial Release is GRANTED.  It is ORDERED that the location monitoring condition contained at Page 2 of Mr. Petty's Bond and Conditions of Release Order (Dkt 15), is modified as follows:

    Mr. Petty shall be subject to "location monitoring only – no residential restrictions"

**IT IS SO ORDERED.**

Date: July 31, 2020

*Rozella A. Oliver*

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE