MEGHAN A. BLANCO (Cal. Bar No. 238171)
Law Offices of Meghan Blanco
    28202 Cabot Road
    Suite 300
    Laguna Niguel, CA 92677
    Telephone:    (949) 296-9869
    Facsimile:    (949) 606-8988
    Email:    mblanco@meghanblanco.com

Attorney for Defendant
KENNETH PETTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH PETTY,<br><br>    Defendant. | No. CR 20-CR-108-MFW<br><br><u>UNOPPOSED EX PARTE APPLICATION TO MODIFY TERMS OF PRETRIAL RELEASE</u><br><br>Location:    Courtroom of the Hon. Michael W. Fitzgerald |

    Defendant Kenneth Petty, by and through his counsels of record, hereby moves *ex parte* to modify the location monitoring condition contained at Page 2 of Mr. Petty's Release Order (CR 15), as follows:

> Defendant shall participate in the Location Monitoring Program and abide by all requirements of the program, under the direction of Pretrial Services, which shall NOT include a location monitoring bracelet, but will use the voice verification system (Voice ID); defendant shall pay all or part of the costs of the program based upon his ability to pay as determined by Pretrial Services.

    Pretrial services and the United States have no objections to the requested modification.

Dated: November 12, 2020          Respectfully submitted,

                                  _____/s/_____
                                  ANDREW STEIN
                                  JOSEPH MARKUS
                                  MEGHAN BLANCO
                                  Attorneys for Defendant
                                  KENNETH PETTY