UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>KENNETH PETTY,<br><br>　　　　Defendant. | No. CR 20-CR-108-MWF<br><br><u>ORDER MODIFYING DEFENDANT'S RELEASE</u> |

　　　Good having been shown, Defendant Kenneth Petty's Unopposed *Ex Parte* Application to Modify the Conditions of Pretrial Release is GRANTED.  It is ORDERED that the location monitoring condition contained at Page 2 of Mr. Petty's Release Order (CR 15), is modified as follows:

> Defendant shall participate in the Location Monitoring Program and abide by all requirements of the program, under the direction of Pretrial Services, which shall NOT include a location monitoring bracelet, but will use the voice verification system (Voice ID); defendant shall pay all or part of the costs of the program based upon his ability to pay as determined by Pretrial Services.

　　　IT IS SO ORDERED.

Dated: November 12, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　United States District Judge

cc: Pretrial Services