Michael A. Goldstein
GOLDSTEIN LAW GROUP
1645 N. Vine Street, Suite 809
Los Angeles, CA 90028
Telephone: 323.461.2000
mg@goldsteinlawgroup.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | |
| Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

_____     ☐ Plaintiff ☐ Defendant ☐ Other   _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                          *E-Mail Address*

_____     _____     _____
*Telephone Number*                    *Fax Number*                    *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**      ☐ **GRANTED**      ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                                          U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)          **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**