Michael A. Goldstein
GOLDSTEIN LAW GROUP
1645 N. Vine Street, Suite 809
Los Angeles, CA 90028
Telephone: 323.461.2000
mg@goldsteinlawgroup.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-CR-00108  MWF |
| v. | |
| KENNETH PETTY | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Kenneth Petty             ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Michael A. Goldstein                                                              who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

1645 N. Vine Street, Suite 809
*Street Address*

Los Angeles, CA 90028                                mg@goldsteinlawgroup.com
*City, State, Zip*                                        *E-Mail Address*

323.461.2000                                                                  183555
*Telephone Number*                 *Fax Number*                *State Bar Number*

as attorney of record instead of  Andrew Marc Stein, Joseph A Markus
*List all attorneys from same firm or agency who are withdrawing.*

**is hereby**     ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  December 2, 2020                        /s/ Michael W. Fitzgerald
                                                U. S. District Judge

***Counsel is reminded that compliance with the Local Rules and Judge Fitzgerald's procedures and schedule is mandatory. The Court did not receive the required word-processing version of this proposed Order by email. Future filings that do not comply may result in documents being stricken.**

G-01 ORDER (09/17)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY