MEGHAN A. BLANCO (Cal. Bar No. 238171)
Law Offices of Meghan Blanco
    28202 Cabot Road
    Suite 300
    Laguna Niguel, CA 92677
    Telephone:    (949) 296-9869
    Facsimile:    (949) 606-8988
    Email:    mblanco@meghanblanco.com

Attorney for Defendant
KENNETH PETTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-CR-108-MFW |
|---|---|
| Plaintiff, | UNOPPOSED EX PARTE APPLICATION TO REMOVE DRUG TESTING CONDITION |
| v. | |
| KENNETH PETTY, | Location: Courtroom of the Hon. Michael W. Fitzgerald |
| Defendant. | |

    Defendant Kenneth Petty, by and through his counsels of record, hereby moves *ex parte* to remove the drug testing condition of his pretrial release.

    Pretrial Services and the United States do not object to the requested modification.

Dated: January 21, 2020    Respectfully submitted,

                                /s/
                          MICHAEL GOLDSTEIN
                          HAGOP KUYUMJIAN
                          MEGHAN BLANCO
                          Attorneys for Defendant
                          KENNETH PETTY

DECLARATION OF COUNSEL

I, Meghan Blanco, declare:

(1) I represent Kenneth Petty in the above captioned matter.

(2) Mr. Petty is currently on bond. One of the conditions of his pretrial release requires him to submit to drug testing. He has been fully compliant with all conditions of release, including the drug testing condition.

(3) I have spoken to the assigned AUSA and Pretrial Services Officer. Both indicated that they do not object to the removal of Mr. Petty's drug testing condition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 21 of January 2021, in San Clemente, California.

_____

Meghan Blanco

2