UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-CR-108-MFW |
|---|---|
| Plaintiff, | [proposed] ORDER |
| v. | |
| KENNETH PETTY, | |
| Defendant. | |

Good having been shown, Defendant Kenneth Petty's Unopposed *Ex Parte* Application to remove the drug testing condition is GRANTED. All other conditions of conditions of release shall remain as previously ordered.

**SO ORDERED**, this ____ day of _____, 2021.

_____
THE HONORABLE MICHAEL W. FITZGERALD