UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-CR-108-MWF |
|---|---|
| Plaintiff, | ORDER MODIFYING CONDITIONS OF RELEASE |
| v. | |
| KENNETH PETTY, | |
| Defendant. | |

Good having been shown, Defendant Kenneth Petty's Unopposed *Ex Parte* Application to remove the drug testing condition is GRANTED. All other conditions of conditions of release shall remain as previously ordered.

IT IS SO ORDERED.

Dated: January 29, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

cc: Pretrial Services