TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SARAH E. GERDES (Cal. Bar No. 306015)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4699
     Facsimile: (213) 894-0141
     E-mail:   sarah.gerdes@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00108-MWF |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| KENNETH PETTY, | **TRIAL DATE:** 10/26/2021 at 8:30 a.m. |
| Defendant. | **PRETRIAL CONFERENCE:** 10/18/2021 at 3:00 p.m. |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on July 29, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from August 10, 2021 to **October 26, 2021 at 8:30 a.m.**  The pretrial conference is continued to **October 18, 2021 at 3:00 p.m.**

2. The time period of August 10, 2021 to October 26, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 5A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California, on October 18, 2021 at 3:00 p.m. for a pretrial conference, and on October 26, 2021 at 8:30 a.m. for trial.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//
//

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

 July 30, 2021
 DATE

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

cc: Pretrial Services

Presented by:

    /s/
 SARAH E. GERDES
 Assistant United States Attorney