TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0631
     Facsimile: (213) 894-0141
     E-mail:    kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cr-108-MWF-1 |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| KENNETH PETTY, | |
| Defendant. | |

     Plaintiff, United States of America, hereby advises the Court and all parties that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

| | **Name** | **E-Mail Address** |
|---|---|---|
| **Newly Assigned AUSA** | KATHRYNNE N. SEIDEN | kathrynne.seiden@usdoj.gov |

     Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: August 13, 2021         Respectfully submitted,

                                            TRACY L. WILKISON
                                            Acting United States Attorney

                                            SCOTT M. GARRINGER
                                            Assistant United States Attorney
                                            Chief, Criminal Division

                                            */s/ Kathrynne N. Seiden*
                                            KATHRYNNE N. SEIDEN
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA