UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 20-108-MWF**                                                     Dated: September 9, 2021

========================================================================

**PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE**

| Rita Sanchez | Amy Diaz | Kathrynne Seiden |
|---|---|---|
| Courtroom Deputy | Court Reporter | Assistant U.S. Attorney |

========================================================================

U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

1)   Kenneth Petty                                      1)   Michael A. Goldstein
     Present - Bond                                          Hagop Kuyumjian
                                                             Present - Retained

PROCEEDINGS:  CHANGE OF PLEA AND SETTING OF SENTENCING DATE

Case called, and counsel make their appearance.

Defendant is sworn. Plea agreement is filed. The plea agreement is incorporated and made a part of this proceeding.

Defendant withdraws his previously entered plea of not guilty and enters a plea of Guilty to the Single-Count Indictment.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea. The Court finds that the defendant, Kenneth Petty, has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea. The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **January 24, 2022**, at **1:30 p.m.**, for sentencing. The Jury Trial and Status Conference are hereby vacated. The defendant and counsel are ordered to return on this date for Sentencing.

cc:   PSA/USPO

MINUTES FORM 8                                                     Initials of Deputy Clerk  rs
CRIM -- COP & SET SENT                                                                        :35

**Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy. Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing. Failure to meet these deadlines is grounds for sanctions.**