Michael A. Goldstein     SBN 183555
GOLDSTEIN LAW GROUP
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  323-461-2000
Facsimile:   323-446-7372
mg@goldsteinlawgroup.com

Hagop Kuyumjian     SBN 259995
THE KUYUMJIAN FIRM, APC
515 S. Flower Street, Suite 1900
Los Angeles, California 90071
Telephone:  213-785-3207
Facsimile:   213-236-3781
hk@tkflaw.com

Attorneys for Plaintiff/Petitioner
KENNETH PETTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH PETTY,<br><br>Defendant. | Case No. 2:20-CR-00108-MWF<br><br>**ORDER RE STIPULATED REQUEST FOR CONTINUANCE** |

The Court, having read and considered the parties' Stipulated Request for Continuance, hereby ORDERS:

1. The request to continue the sentencing proceeding in this matter is granted.
2. The sentencing proceeding currently set for January 24, 2022 at 1:30 p.m. shall be continued to March 30, 2022 at 1:30 p.m.

IT IS SO ORDERED.

December 27, 2021
DATE

THE HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Presented by:

DATED: December 21, 2021

GOLDSTEIN LAW GROUP

/s/
MICHAEL A. GOLDSTEIN
Attorney for Defendant
KENNETH PETTY

THE KUYUMJIAN FIRM, APC

/s/
HAGOP KUYUMJIAN
Attorney for Defendant
KENNETH PETTY