# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>KENNETH PETTY,<br><br>　　　　　Defendant. | Case No. CR 20-108-MWF<br><br>**ORDER RE STIPULATED REQUEST FOR CONTINUANCE** |

　　　The Court, having read and considered the parties' Stipulated Request for Continuance, hereby ORDERS:

　　　1.　The request to continue the sentencing proceeding in this matter is GRANTED.

　　　2.　The sentencing hearing currently set for March 30, 2022 at 1:30 p.m. is CONTINUED to **June 1, 2022 at 3:00 p.m**.

　　　IT IS SO ORDERED.

March 7, 2022
DATE

　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Pretrial Services