Michael A. Goldstein      SBN 183555
GOLDSTEIN LAW GROUP
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  323-461-2000
Facsimile:   323-446-7372
mg@goldsteinlawgroup.com

Hagop Kuyumjian        SBN 259995
THE KUYUMJIAN FIRM, APC
515 S. Flower Street, Suite 1900
Los Angeles, California 90071
Telephone:  213-785-3207
Facsimile:   213-236-3781
hk@tkflaw.com

Attorneys for Defendant
KENNETH PETTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH PETTY,<br><br>Defendant. | Case No. 2:20-CR-00108-MWF<br><br>**STIPULATED REQUEST FOR CONTINUANCE** |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Kathrynne Seiden, and Defendant Kenneth Petty ("Defendant"), by and through his counsel of record, Michael A. Goldstein and Hagop Kuyumjian, hereby jointly apply for an order continuing the sentencing proceeding in this case.

Defendant has conferred with the government and, due to the issues described below, respectfully requests that the sentencing proceeding be continued from June 1,

2022 at 1:30 p.m. to June 21, 2022 at 1:30 p.m. or a date thereafter suitable with the Court.  The government does not oppose the request.  This is the parties' third stipulation to continue the sentencing proceedings.  The parties make this request in good faith and not for unnecessary delay.

The defense is planning on submitting an expert report in this matter.  The defense has notified the government about the plan to use an expert report for the purposes of sentencing.  The defense needs additional time for the Defendant to confer with the expert and for this report to be completed.

Further, the defense needs time to potentially pursue state court remedies for Defendant with respect to his sex offender registration tier status in California, under the relevant sections of the California Penal Code, including sections 290 and 290.5.  These remedies could be relevant to sentencing and the defense wishes further time to pursue all available avenues of relief for the Defendant.  The defense recently received the letter designating Defendant's California registration tier (the "Tier Designation Letter").  The Tier Designation letter was needed to pursue the state court remedies.

Additionally, defense counsel Hagop Kuyumjian has a scheduled preliminary hearing set to start on June 1, 2022 in the Los Angeles Superior Court.  The matter set for preliminary hearing is *People v. Talley*, Los Angeles Superior Court Case Number LA090855.  The defendant in that matter is facing multiple life sentences and the prosecution is expected to be calling an out-of-state civilian witness to testify.  Given this conflict, a brief continuance is requested so that all defense counsel can be available for Mr. Petty.

STIPULATED REQUEST FOR CONTINUANCE

Given these issues, the parties respectfully stipulate in good faith to a brief continuance of the sentencing date.

IT IS SO STIPULATED.

DATED:  May 6, 2022

GOLDSTEIN LAW GROUP

/s/
MICHAEL A. GOLDSTEIN
Attorney for Defendant
KENNETH PETTY

THE KUYUMJIAN FIRM, APC

/s/
HAGOP KUYUMJIAN
Attorney for Defendant
KENNETH PETTY

DATED:  May 6, 2022

UNITED STATES ATTORNEY

/s/ with email permission on 5/6/22
KATHRYNNE SEIDEN
Attorney for Plaintiff
UNITED STATES OF AMERICA