Michael A. Goldstein     SBN 183555
GOLDSTEIN LAW GROUP
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  323-461-2000
Facsimile:   323-446-7372
mg@goldsteinlawgroup.com

Hagop Kuyumjian     SBN 259995
THE KUYUMJIAN FIRM, APC
515 S. Flower Street, Suite 1900
Los Angeles, California 90071
Telephone:  213-785-3207
Facsimile:   213-236-3781
hk@tkflaw.com

Attorneys for Plaintiff/Petitioner
KENNETH PETTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH PETTY, <br><br> Defendant. | Case No. 2:20-CR-00108-MWF <br><br> **[PROPOSED] ORDER RE STIPULATED REQUEST FOR CONTINUANCE** |

The Court, having read and considered the parties' Stipulated Request for Continuance, hereby ORDERS:

1. The request to continue the sentencing proceeding in this matter is granted.

2. The sentencing proceeding currently set for June 1, 2022 at 1:30 p.m. shall be continued to June 22, 2022 at 1:30 p.m.

IT IS SO ORDERED.

_____         _____
 DATE                                                                                      THE HONORABLE MICHAEL W. FITZGERALD
                                                                                                  UNITED STATES DISTRICT JUDGE

Presented by:

DATED: May 6, 2022                                                  GOLDSTEIN LAW GROUP

                                                                                       /s/
                                                                                       _____
                                                                                       MICHAEL A. GOLDSTEIN
                                                                                       Attorney for Defendant
                                                                                       KENNETH PETTY

                                                                                       THE KUYUMJIAN FIRM, APC

                                                                                       /s/
                                                                                       _____
                                                                                       HAGOP KUYUMJIAN
                                                                                       Attorney for Defendant
                                                                                       KENNETH PETTY