# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENNETH PETTY,

Defendant.

Case No. 2:20-CR-00108-MWF

**ORDER RE STIPULATED
REQUEST FOR CONTINUANCE**

The Court, having read and considered the parties' Stipulated Request for Continuance, hereby ORDERS:

1.  The request to continue the sentencing proceeding in this matter is granted.

2.  The sentencing proceeding currently set for June 1, 2022 at 1:30 p.m. shall be continued to June 29, 2022 at 3:00 p.m.

IT IS SO ORDERED.

May 16, 2022
DATE

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

cc: Pretrial Services

ORDER RE STIPULATED REQUEST FOR CONTINUANCE