Michael A. Goldstein    SBN 183555
GOLDSTEIN LAW GROUP
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  323-461-2000
Facsimile:   323-446-7372
mg@goldsteinlawgroup.com

Hagop Kuyumjian    SBN 259995
THE KUYUMJIAN FIRM, APC
515 S. Flower Street, Suite 1900
Los Angeles, California 90071
Telephone:  213-785-3207
Facsimile:   213-236-3781
hk@tkflaw.com

Attorneys for Defendant
KENNETH PETTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH PETTY,<br><br>Defendant. | Case No. 2:20-CR-00108-MWF<br><br>**DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE SENTENCING HEARING; DECLARATION OF HAGOP KUYUMJIAN** |

**TO  TRACY L. WILKISON, UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA; SCOTT GARRINGER, ASSISTANT UNITED STATES ATTORNEY, CHIEF, CRIMINAL DIVISION; AND KATHRYNNE SEIDEN, ASSISTANT UNITED STATES ATTORNEY:**

**TO  THE CLERK OF THE COURT**

Defendant Kenneth Petty ("Defendant"), by and through counsel, hereby applies this Court for an Order continuing the sentencing hearing to July 6, 2022 or a date thereafter convenient with the Court and the parties. The sentencing hearing is presently set for June 29, 2022. This request is made in good faith and not for unnecessary delay.

DATED: June 7, 2022

GOLDSTEIN LAW GROUP

/s/
MICHAEL A. GOLDSTEIN
Attorney for Defendant
KENNETH PETTY

THE KUYUMJIAN FIRM, APC

/s/
HAGOP KUYUMJIAN
Attorney for Defendant
KENNETH PETTY

# DECLARATION OF HAGOP KUYUMJIAN

I, Hagop Kuyumjian, declare:

1. I hereby declare the following and certify that the same is true of my own personal knowledge, except as those matters which are herein stated upon information and belief and as to those matters I believe them to be true, and I further declare that I could and would competently testify to such matters if called upon to so testify in Court.

2. I am one of the attorneys of record for Defendant Kenneth Petty ("Mr. Petty"). Mr. Petty's sentencing is presently set for June 29, 2022.

3. I also represent Behrang Dehkordi, M.D. in Case Number 800-2020-064289 before the State of California Department of Consumer Affairs. That matter is set for hearing and the hearing is scheduled to commence on June 29, 2022.

4. Further, the defense expert has notified counsel that additional time is needed to complete the expert report on this matter. The defense expert, Nadim Karim, Ph.D. ("Dr. Karim") anticipates completing the report on or about June 22, 2022. The report will be a psychological assessment that focuses on Mr. Petty's risk level and characteristics.

5. The defense is requesting that the sentencing hearing be reset for July 6, 2022. This will allow the defense expert sufficient time to complete the report and counsel enough time to file the report in advance of the sentencing hearing.

6. In the alternative, if the Court is not inclined to continue the sentencing date, the defense asks for permission to file the expert report with the defense reply to the Government's sentencing position on June 22, 2022.

7. If the Court is inclined to continue the sentencing hearing but the date of July 6, 2022 is unavailable, the defense requests a date in the second week of July or a different date convenient with the Court and the parties. The defense was previously notified that July 6, 2022 would be available for the sentencing hearing in this case.

8. The Government has been notified about this application and objects to continuing the sentencing hearing. The Government takes no position on the defense's request to file the expert report on June 22, 2022.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct to the best of my knowledge and belief. Executed on June 7, 2022 in Los Angeles County, California.

_____/s/_____
HAGOP KUYUMJIAN