Michael A. Goldstein    SBN 183555
GOLDSTEIN LAW GROUP
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  323-461-2000
Facsimile:   323-446-7372
mg@goldsteinlawgroup.com

Hagop Kuyumjian    SBN 259995
THE KUYUMJIAN FIRM, APC
515 S. Flower Street, Suite 1900
Los Angeles, California 90071
Telephone:  213-785-3207
Facsimile:   213-236-3781
hk@tkflaw.com

Attorneys for Defendant
KENNETH PETTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         vs.<br><br>KENNETH PETTY,<br><br>    Defendant. | Case No. 2:20-CR-00108-MWF<br><br>**[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO CONTINUE SENTENCING HEARING** |

   The Court, having read and considered Defendant Kenneth Petty's *Ex Parte* Application to Continue Sentencing Hearing, hereby ORDERS:

   1.   The request to continue the sentencing proceeding in this matter is granted.

2. The sentencing proceeding currently set for June 29, 2022 at 3:00 p.m. shall be continued to July 6, 2022 at _____.

IT IS SO ORDERED.

| DATE | THE HONORABLE MICHAEL W. FITZGERALD<br>UNITED STATES DISTRICT JUDGE |
|---|---|