UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.    CR 20-108-MWF                                                                                                     Date: July 6, 2022

Present: The Honorable:    Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Amy Diaz | Kathrynne Seiden |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Kenneth Petty | ☐ | X | Michael A. Goldstin<br>Hagop Kuyumjian | X | ☐ | ☐ | n/a |

**PROCEEDINGS:**    **SENTENCING AND JUDGMENT**    ☐ Contested   X Non-Evidentiary
Day \_\_\_ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    **XX** Refer to separate Judgment Order.
☐ Imprisonment for \_\_\_ years/months on each of count(s) _____
   Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of $\_\_\_\_\_ is imposed on each of count(s) concurrent/consecutive.
☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends
   commencing _____
☐ \_\_\_ years/months Supervised Release/Probation imposed on count(s) _____
   consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

Pay
☐ Perform \_\_\_ hours of community serv _____ fine amounts & times determined by P/O.
☐ Serve \_\_\_ in a CCC/CT ☐ _____ Make $ restitution in amounts & times determined by PO.
☐ Participate in a program for treatment of narcotic/alcohol addiction.
☐ any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
☐ Other conditions:

☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
☐ Pay $\_\_\_\_\_ per count, special assessment to the United States for a total of $ _____
☐ Imprisonment for \_\_\_ months/years and for a study pursuant to 18 USC _____
   with results to be furnished to the Court within \_\_\_ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☐ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commis \_\_\_ . Processed statement of reasons
☐ Bond Exone \_\_\_ d upon surrender ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____
   at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
   Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal ☐ Appeal bond set at $ _____
☐ Filed and distributed judgment. ENTERED.
☐ Other _____

cc: USPO                                                                                                                         1:15

**Initials of Deputy Clerk**   rs