PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Kenneth Petty                                Docket No.: 2:20-CR-00108-MWF-1

### Petition on Probation and Supervised Release (Modification)

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Kenneth Petty</u> who was placed on supervision by the Honorable <u>MICHAEL W. FITZGERALD</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>6th</u> day of <u>July</u>, <u>2022</u> who fixed the period of supervision at <u>three-years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Petty was recorded on video making threatening remarks towards a specific individual while in the company of someone with a criminal record. This recent violation conduct raises concerns over Mr. Petty's willingness to comply with the Court's orders. As such, the Probation Officer believes placement in the Location Monitoring Program will effectively allow for closer monitoring of Mr. Petty's activities, limit his movements, provide a sanction for his non-compliance, and hopefully encourage him to reflect upon and reevaluate his current status in the community.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Kenneth Petty shall participate for a period of up to 120 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer.

Kenneth Petty shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The offender shall provide payment and proof of payment as directed by the Probation Officer.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this <u>20th</u> day of <u>Sept.</u>, 2023 and ordered filed and made a part of the records in the above case. | /S/ ALAN BARAHONA<br>U. S. Probation & Pretrial Services Officer |
| *(signed)* Michael W. Fitzgerald<br>United States District Judge<br>HONORABLE MICHAEL W. FITZGERALD | Place: Woodland Hills, California<br>Approved: /S/MAHOGANY THOMAS<br>Supervising U.S. Probation & Pretrial Services Officer<br>Date: September 19, 2023 |