Michael A. Goldstein      SBN 183555
GOLDSTEIN LAW GROUP
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  323-461-2000
Facsimile:   323-446-7372
mg@goldsteinlawgroup.com

Hagop Kuyumjian      SBN 259995
THE KUYUMJIAN FIRM, APC
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  213-785-3207
hk@tkflaw.com

Attorneys for Defendant
KENNETH PETTY

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH PETTY,<br><br>Defendant. | Case No. 2:20-CR-00108-MWF<br><br>**DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER** |

**TO  E. MARTIN ESTRADA, UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA; MACK E. JENKINS, ASSISTANT UNITED STATES ATTORNEY, CHIEF, CRIMINAL DIVISION; AND KATHRYNNE SEIDEN, ASSISTANT UNITED STATES ATTORNEY:**

**TO  THE CLERK OF THE COURT:**

- 2 -

Defendant Kenneth Petty ("Mr. Petty"), by and through counsel, hereby applies to the Court for an Order allowing him to travel out of the country with his family for his wife's tour and her professional purposes. Mr. Petty and Mrs. Petty believe Mr. Petty is necessary to accompany the family on the tour for various purposes, including childcare. The anticipated travel schedule begins on April 17, 2024 and continues periodically to July 14, 2024. The travel schedule calls for travel to several countries including Canada, Sweden, Denmark, Germany, France, United Kingdom, Austria, Ireland, Switzerland, and Romania.

The Government has been notified about this application and takes no position.

Mr. Petty's probation officer has been notified of this application and has no objection to the travel request.

DATED: April 15, 2024                    GOLDSTEIN LAW GROUP

                                         /s/
                                         MICHAEL A. GOLDSTEIN
                                         Attorney for Defendant
                                         KENNETH PETTY


                                         THE KUYUMJIAN FIRM, APC

                                         /s/
                                         HAGOP KUYUMJIAN
                                         Attorney for Defendant
                                         KENNETH PETTY

# DECLARATION OF HAGOP KUYUMJIAN

I, Hagop Kuyumjian, declare:

1. I hereby declare the following and certify that the same is true of my own personal knowledge, except as those matters which are herein stated upon information and belief and as to those matters I believe them to be true, and I further declare that I could and would competently testify to such matters if called upon to so testify in Court.

2. I am one of the attorneys of record for Defendant Kenneth Petty ("Mr. Petty").

3. Mr. Petty is requesting to travel internationally for the purposes stated in this application.

4. The Government has been notified about this application and takes no position on Mr. Petty's travel request.

5. Mr. Petty's probation officer has been notified of this application and does not oppose Mr. Petty's travel request.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct to the best of my knowledge and belief. Executed on April 15, 2024 in Los Angeles County, California.

/s/
HAGOP KUYUMJIAN