Michael A. Goldstein     SBN 183555
GOLDSTEIN LAW GROUP
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  323-461-2000
Facsimile:   323-446-7372
mg@goldsteinlawgroup.com

Hagop Kuyumjian     SBN 259995
THE KUYUMJIAN FIRM, APC
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  213-785-3207
hk@tkflaw.com

Attorneys for Defendant
KENNETH PETTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00108-MWF |
| Plaintiff, | **[PROPOSED] ORDER RE *EX PARTE* APPLICATION FOR ORDER** |
| vs. | |
| KENNETH PETTY, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    Defendant Kenneth Petty's *Ex Parte* Application for Order is GRANTED.

    Mr. Petty is permitted to travel internationally from April 17, 2024 to July 14, 2024.

    Mr. Petty shall keep his probation officer updated with the details of his travel itinerary as needed.

    At the conclusion of the travel, Mr. Petty must return to Los Angeles County and must check in with his probation officer upon returning.  Mr. Petty must also provide an

1  itinerary to his probation officer prior to travel and follow all directives of the probation
2  officer.
3
4  IT IS SO ORDERED.
5
6  _____          _____
   DATE                            THE HONORABLE MICHAEL W.
                                   FITZGERALD
7                                  UNITED STATES DISTRICT JUDGE