

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK OF COURT**

To:     Chief Deputy/Fiscal

**Re:     Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:   __2:20–cr–00108–MWF__

Defendant's Name:   __Kenneth Petty__

The above–named defendant was ordered to self–surrender to begin serving their sentence of imprisonment on _____. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :__7/3/2026__, it was verified the defendant:**

__has reported to the U.S. Probation Office__.

_____

**Verified via e–mail with the following:**

U.S. Probation Officer:  __Alan Barahona__   *(Name of Officer)*

__July 6, 2026__
Date

By _____/s/ *Ingrid Valdes*_____
Deputy Clerk

CR–86 (11/08)                    VERIFICATION OF SURRENDER